UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>         Plaintiff,<br><br>    v.<br><br>FANATICS, INC.,<br><br>         Defendant. | Case No. 19-cv-06789-SK<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Regarding Docket No. 16 |

Defendant filed a motion to dismiss Plaintiff's claim under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 *et seq.* as moot and seeking that the Court decline to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c) over Plaintiff's state-law claim. Plaintiff filed a notice of non-opposition. (Dkt. No. 19.) Accordingly, the Court HEREBY GRANTS Defendant's motion to dismiss as unopposed. Plaintiff's claim under the ADA is DISMISSED as MOOT and the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claim. This Order is without prejudice to Plaintiff refiling his state-law claim in state court.

**IT IS SO ORDERED**.

Dated: October 9, 2020



SALLIE KIM
United States Magistrate Judge