1

2

3

4                        UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    SAMUEL LOVE,                              Case No. 19-cv-06789-SK

8                 Plaintiff,

9           v.                                 **JUDGMENT**

10   FANATICS, INC.,

11                Defendant.

12          Pursuant to the Court's Order granting Defendants' motion to dismiss, judgment is hereby

13   entered in favor of Defendant and against Plaintiff.

14          **IT IS SO ORDERED AND ADJUDGED.**

15   Dated: October 9, 2020

16   _____

17   SALLIE KIM
     United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California